UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS SMITH,

    Defendant.
_____/

Case No. 2:13-mj-01

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

    Defendant appeared before the undersigned on February 14, 2013, on a complaint alleging a charge of Assault Resulting in Serious Bodily Injury. The government filed a motion for detention. Defense counsel indicated he needed additional time to prepare for a detention and/or preliminary hearing and would notify the court when he was ready to proceed.. Therefore, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: February 15, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge